

2001 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-12-2001

# United States v. Hodge

Precedential or Non-Precedential:

Docket 00-3296

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2001

Recommended Citation

"United States v. Hodge" (2001). *2001 Decisions.* Paper 127.
http://digitalcommons.law.villanova.edu/thirdcircuit_2001/127

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2001 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

                            No. 00-3296



                    UNITED STATES OF AMERICA,

                            Appellant

                               v.

                          ALEX HODGE



        ON APPEAL FROM THE DISTRICT COURT OF THE VIRGIN ISLANDS

                  (Dist. Court No. Crim. 1999/66)
                District Court Judge: Raymond L. Finch



                    Argued on December 7, 2000

    Before: MANSMANN and ALITO, Circuit Judges, and FULLAM, Senior District
                             Judge.



                        ORDER AMENDING OPINION



        The opinion filed on April 5, 2001 is amended as follows:

        In the list of counsel for appellant on page 2, "(Argued)" should be
deleted after
the name of Denise A. Hinds and added after the name of Michael A. Rotker.
"Civil
Division" should be replaced by "Criminal Division" in the entry for
Michael A. Rotker.
And the entry for Michael A. Rotker should be placed at the top of the
list of attorneys for
the appellant, while the entry for Denise A. Hinds should be placed at the
bottom of the
list, following the entry for Marc Osborne.  The revised list of counsel
for appellant
should then read as follows:

                                        MICHAEL A. ROTKER (Argued)

United States Department of Justice
Criminal Division
601 D Street, N.W.
Washington, DC 20530

LOUIS M. FISCHER
United States Department of Justice
Criminal Division
P.O. Box 899
Ben Franklin Station
Washington, DC 20044-0899

MARC OSBORNE
United States Department of Justice
601 D Street, N.W., Suite 6111
Washington, DC 20530

DENISE A. HINDS

Office of the United States Attorney
1108 King Street, Suite 201
Christiansted, St. Croix
United States Virgin Islands 00802

Counsel for Appellant

BY THE COURT:

 /s/Samuel A. Alito
Circuit Judge

DATED: June 12, 2001